## No. 16,967.

UNDERWOOD ET AL. *v.* HOPKINS.
(250 P. [2d] 202)

Decided November 3, 1952.   Rehearing denied November 24, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. C. MERT REESE, Mr. CHARLES D. BROMLEY, for plaintiffs in error.

Mr. THOMAS K. HUDSON, for defendant in error.